FIRST DEPARTMENT, JUNE, 1955.

(June 2, 1955.)

HARRY ZUCKERMAN v. STARRETT BROS. & EKEN INC. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

GREGORY FELTON v. BERNARD GOLDBERG, Also Known as BERNARD GOBERS.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ERSKINE.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB JACKSON and GENEVA JACKSON.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT LLOYD.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD A. RUSSELL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS WALSH.—Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BELLA V. DODD, Appellant, (SEBASTIAN ROSS, Also Known as JOSEPH MARINO), against THOMAS McDON-NELL, as Warden of the Rikers Island Penitentiary of the City of New York, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

(June 7, 1955.)

In the Matter of the Estate of ARTHUR G. JOHNSON, Deceased. WALTER E. DITMARS, Appellant; BRONX COUNTY TRUST COMPANY, as Substituted Trustee under the Will of ARTHUR G. JOHNSON, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See 285 App. Div. 1138.]